IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CRYSTAL R KELLY**  PLAINTIFF

v.  Case No. 4:22-CV-00951-LPR

**MARTIN O'MALLEY, Commissioner,**
**Social Security Administration**  DEFENDANT

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is REVERSED, and the case is REMANDED for further administrative proceedings. Judgment is entered in favor of the Plaintiff. This is a sentence four remand under 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ADJUDGED this 20th day of March 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE